UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 6:10CR60024-001 |
| | ) | |
| SUSAN DEE SPOERLE | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss (doc. 11) pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on July 21, 2010, be on the same day hereby dismissed without prejudice.

Entered on this 2nd day of September, 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge